

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00244-CR

David **FARR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4611
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 19, 2018.

_____
Irene Rios, Justice